IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMAYA HUSSEIN, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) No. 1:23-cv-3478<br>) |
| v. | )<br>) |
| ARTIST FRAME SERVICE, INC., | )<br>) |
| Defendant. | ) |

**CONSENT JUDGMENT**

This matter coming to be heard on the Agreed Motion for Entry of Consent Judgment, due notice having been given and the Court being fully aware of the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1) This Court has jurisdiction over the Action under 28 U.S.C. § 1331 and 42 U.S.C. § 12188;

2) The provisions of this Consent Judgment shall be binding upon the Parties;

3) This Consent Judgment is for settlement purposes only and does not constitute an admission by Defendant of any of the allegations contained in the Complaint or any other pleading in this Action, nor does it constitute any finding of liability against Defendant;

4) The Court's jurisdiction over this matter shall continue for 36 months; and

5) This Consent Judgment shall be deemed as adjudicating, once and for all, the merits of each and every claim, matter, and issue that was alleged, or could have been alleged by Plaintiff in the Action based on, or arising out of, or in connection with, the allegations in the Complaint.

130663814.1

**IT IS SO ORDERED.**

Enter: 23-cv-3478
Dated this 16 day of October, 2023.

                                          Lindsay C. Jenkins
                                          United States District Court Judge

The foregoing Consent Judgment has been agreed and consented to by the parties:

*ARTIST FRAME SERVICE, INC*.                                      Dated: October 12, 2023
    By One of Its Attorneys

    By: */s/ Rachel S. Mahoney*
    Mary A. Smigielski
    Rachel S. Mahoney
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    550 West Adams Street, Suite 300
    Chicago, Illinois 60661
    (312) 463-3377
    Mary.Smigielski@lewisbrisbois.com
    Rachel.Mahoney@lewisbrisbois.com
    *Counsel for Defendant*

*SUMAYA HUSSEIN*, on behalf of herself and all others similarly situated
    By her Attorney

    By: */s/ Yaakov Saks*
    Yaakov Saks, Esq.
    **Stein Saks, PLLC**
    One University Plaza, Ste 620
    Hackensack, NJ 07601
    (201) 282-6500
    ysaks@SteinSaksLegal.com>
    *Counsel for Plaintiff*